UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KISASI LIGGINS,<br><br>    Plaintiff<br><br>    v.<br><br>J. GASTELO, et al.,<br><br>    Defendants. | Case No. 2:21-cv-4900-DOC (JEM)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings and records on file in this case, including the operative Complaint (Dkt. 1), Defendants' Motion to Dismiss (Dkt. 36) ("Motion"), and the Report and Recommendation of the assigned United States Magistrate Judge (Dkt. 40).  No objections to the Report and Recommendation have been filed within the time allowed.  Having completed its review, the Court accepts the findings and recommendations set forth in the Report and Recommendation.

Defendant's Motion to Dismiss is granted on the basis that the facts alleged do not establish a constitutional violation and, even if a constitutional violation occurred, Defendants are entitled to qualified immunity.

Accordingly, **IT IS ORDERED** that:

(1) The Magistrate Judge's Report and Recommendation is accepted;

(2) Defendants' Motion (Dkt. 36) is GRANTED;

(3)   This action is dismissed without leave to amend; and

(4)   Judgment shall enter accordingly.

DATE: March 14, 2023

*David O. Carter*

DAVID O. CARTER
UNITED STATES DISTRICT JUDGE

2