JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD CASTON,<br><br>             Plaintiff<br><br>        v.<br><br>J. BONNIFELD, et al.,<br><br>             Defendants. | Case No. 2:21-cv-4900-DOC (JEM)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendation of the United States Magistrate Judge,

IT IS HEREBY ADJUDGED THAT the above-captioned action is dismissed without leave to amend.

DATE: March 14, 2023

*David O. Carter*
_____
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE